*IN THE UNITED STATES DISTRICT COURT*
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**


FRANKLIN KEISLER, ET AL

vs.                                    NO. 4:05CV01495 SWW

MAYFLOWER TRANSIT, LLC., ET AL


## ORDER OF DISMISSAL

Pursuant to the stipulation filed by the parties stating that this cause of action has been settled and compromised,

IT IS THEREFORE ORDERED that all claims in this cause of action hereby are dismissed with prejudice, each party to bear its own costs and attorneys' fees.

DATED this 28th day of November, 2007.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE